355 P.2d 680

355 P.2d 680

**Milton Carl JUSTUS, Petitioner,**

v.

PEOPLE of the State of New Mexico, Respondent.

No. 6812.

Supreme Court of New Mexico.

July 19, 1960.

Ordered that petitioner be and he is hereby granted free process in this matter; and

Further ordered that the petition for a writ of habeas corpus be and the same is hereby denied, for the reason that said petition shows on its face that it has no merit.

**Edward APODACA, Petitioner,**

v.

DISTRICT COURT OF the SECOND JUDICIAL DISTRICT of the State of New Mexico WITHIN AND FOR BERNALILLO COUNTY, and the Honorable John B. McManus, Jr., the Honorable Robert W. Reidy, the Honorable Edwin L. Swope, the Honorable D. A. MacPherson, Jr., and the Honorable Paul Tackett, Judges of the Second Judicial District Court of the State of New Mexico, Respondents.

No. 6822.

Supreme Court of New Mexico.

July 27, 1960.

Ordered that the petition for writ of prohibition be and the same is hereby denied.